Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

BOARD OF TRUSTEES OF THE GLASSWORKERS AND INDUSTRY HEALTH & SECURITY TRUST FUND, GLAZIERS RETIREMENT TRUST FUND, AND PUGET SOUND NORTHWEST GLAZIERS AND GLASSWORKERS APPRENTICESHIP AND TRAINING TRUST (hereafter referred to as the Trust Funds),

          Plaintiffs,

vs.

FIGUEROA GLASS & ERECTION, INC., a Washington corporation (hereafter referred to as the "Employer"); SWINERTON BUILDERS NORTHWEST, INC. (hereafter referred to as the "General Contractor"); FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Bond No. 08419622 and 08419632, UNITED STATES FIDELITY AND GUARANTY COMPANY, Bond Nos. SW3324 and SW33242, LIBERTY MUTUAL INSURANCE COMPANY, Bond Nos. 070-000-367 and 070-000-393 (hereafter referred to as the Sureties); and HIGHLINE PUBLIC SCHOOLS,

          Defendants.

NO. CV 06-1542 RSM

**DEFAULT JUDGMENT AGAINST FIGUEROA GLASS AND ERECTION, INC.**

DEFAULT JUDGMENT AGAINST
FIGUEROA GLASS & ERECTION, INC. - 1

4600 105 ii241909 10/12/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900



JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditors: | Board of Trustees of the Glassworkers And Industry Health & Security Trust Fund, Glaziers Retirement Trust Fund, and Puget Sound Northwest Glaziers and Glassworkers Apprenticeship and Training Trust |
| Judgment Debtor: | Figueroa Glass & Erection, Inc. |

Principal Judgment Amount:     $ 11,109.65
Attorneys' Fees:     3,964.50
Cost (filing fee, service fees, and audit fee)     <u>6,328.80</u>

    TOTAL:     <u>$ 21,402.95</u>

Principal Judgment Amount Shall Bear Interest at 12% per annum.

Attorney fees, costs and other recovery amounts shall bear interest at 12% per annum.

Attorney for Judgment Creditors:     Michael H. Korpi, WSBA #12711
    MCKENZIE ROTHWELL BARLOW &KORPI, P.S.

Attorney for Judgment Debtor:     NONE

    This is an action for breach of a collective bargaining agreement. In accordance with plaintiffs' motion, the Court having considered the pleadings, documents and declarations on file, finds as follows:

FINDINGS OF FACT

    1.    The Court, having considered the declaration of Kyle S. Whittemore, Compliance Senior Manager of Lindquist, LLP; declaration of Chad Smith, Business Representative of Local Union No. 188; and on the subjoined declaration of Michael H. Korpi of McKenzie Rothwell Barlow & Korpi, P.S., plaintiffs' attorney concludes that

DEFAULT JUDGMENT AGAINST
FIGUEROA GLASS & ERECTION, INC. - 2

4600 105 ii241909 10/12/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

1  said declarations are accurate.

2      2.    The Court concludes that an Order of Default was entered on January 26, 2007, adjudging the defendant, Figueroa Glass & Erection, Inc., to be in default.

    3.    The Court finds that $1,210.52 balance in unpaid contributions, $4,010.78 in liquidated damages, and $5,888.35 in interest (calculated through September 20, 2007) are due and owing on the hours worked on the Madrona, Gregory Heights, Foss, and White Center projects for the audit period of July 29, 2004 through September 30, 2004.

    4.    The Court finds that $6,328.80 in costs, including filing, service, and audit fees, were incurred in this action and are recoverable under the agreements.

    6.    The Court finds that a reasonable attorneys' fee for work done from November 6, 2006 through September 20, 2007 is $3,964.50.

    7.    The Court hereby finds that plaintiffs are entitled to a default judgment against the defendant, Figueroa Glass & Erection, Inc., in the following amounts for the for the audit period of July 29, 2004 through September 30, 2004:

| | |
|---|---:|
| Contributions (Balance): | $ 1,210.52 |
| Liquidated Damages: | 4,010.78 |
| Interest: | 5,888.35 |
| Costs (for filing, service, and audit fees): | 6,328.80 |
| Attorney's Fees | 3,964.50 |
| TOTAL: | $21,402.95 |

CONCLUSIONS OF LAW:

    8.    The Court finds that the plaintiffs are entitled to default judgment against the defendant, Figueroa Glass & Erection, Inc. in the amount of $21,402.95 as a

DEFAULT JUDGMENT AGAINST
FIGUEROA GLASS & ERECTION, INC. - 3

4600 105 ii241909 10/12/07

matter of law.

## JUDGMENT

9. It is ORDERED, ADJUDGED and DECREED that a default judgment be entered against Figueroa Glass & Erection, Inc., consistent with the Findings of Fact and Conclusions of Law.

DATED this 12th day of October, 2007.

                                          RICARDO S. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michael H. Korpi*
Michael H. Korpi, WSBA #12711
MCKENZIE ROTHWELL BARLOW
  & KORPI, P.S.
Attorneys for Plaintiffs

DEFAULT JUDGMENT AGAINST
FIGUEROA GLASS & ERECTION, INC. - 4

4600 105 ii241909 10/12/07

McKENZIE ROTHWELL BARLOW
& KORPI, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900